# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VILLAGE GRILL CONEY ISLAND, INC.,

    Plaintiff,

v.

    Case No. 22-cv-12355
    Honorable Brandy R. McMillion

PRIME ONE INSURANCE GROUP,

    Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated September 13, 2024 (ECF No. 29), this cause of action is **DISMISSED WITH PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:    s/L. Hosking
    Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated:  September 13, 2024
Detroit, Michigan